**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAYCEE ARMSTRONG,<br><br>                    Plaintiff,<br>v.<br><br>UNITED STATES FIRE INSURANCE COMPANY; DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>                    Defendants. | Case No.:     2:22-cv-00078-ART-DJA<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, JAYCEE ARMSTRONG ("Plaintiff"), and Defendant, UNITED STATES FIRE INSURANCE COMPANY ("USFIC" or "Defendant"), through their respective counsel of record, that any and all claims against Defendant in the above-captioned matter be dismissed with prejudice.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

Each party is to bear their own attorney's fees and costs.

DATED this 26th day of September 2023.

**SHOOK & STONE, CHTD.**

/s/ John B. Shook
_____
JOHN B. SHOOK, ESQ.
Nevada Bar No. 5499
710 S. 4th Street
Las Vegas, NV 89101

*Attorney for Plaintiff*

DATED this 26th day of September 2023.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
504 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Defendant*
*United States Fire Insurance Co.*

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel:

**IT IS SO ORDERED** that the above-captioned matter be dismissed, with prejudice, as to Plaintiff's claims against United States Fire Insurance Company, each party to bear that party's own costs and attorney's fees.

_____
Anne R. Traum
United States District Court Judge

DATED: September 28, 2023.